UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>                Plaintiff,<br><br>    v.<br><br>STUART ANDREWS M.D., et al.,<br><br>                Defendant. | Case No. C17-968-JCC-JPD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Currently before the Court is plaintiff's motion for leave to file an amended complaint. Dkt. 4. He seeks to add factual allegations and submit exhibits. *Id.* The Court has directed service of his original complaint, but defendants have not yet appeared. Based on the foregoing, the Court finds and ORDERS:

(1) Plaintiff satisfies the standard of Federal Rule of Civil Procedure 15(a)(2), and therefore his motion to amend, Dkt. 4, is GRANTED.

(2) Plaintiff shall file any amended complaint **within 30 days** of the date this Order is signed. Any amended complaint must carry the same case number as this one and must be filed on the appropriate form, a copy of which will be sent with this Order. Plaintiff is advised that any amended complaint will act as a *complete substitute* for the original complaint. *See Ramirez*

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT - 1

1  *v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Thus, any amended complaint must clearly identify the defendant(s), the constitutional or federal statutory claim(s) asserted, the specific facts that plaintiff believes support each claim, and the specific relief requested.

In addition, plaintiff may submit copies of his grievances, but he should *not* submit additional evidence along with his complaint.  Plaintiff may only file evidence in support of or opposition to a motion that seeks action from the Court.

(3)    The Clerk is directed to send plaintiff the appropriate forms so that he may file an amended complaint.  The Clerk also is directed to send copies of this order to plaintiff, to the Snohomish County Prosecutor's Office, and to the Honorable John C. Coughenour.

Dated this 24th day of July, 2017.

*[signature]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT - 2