1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    DYLAN JAMES DOWNEY,

9                              Plaintiff,                Case No. C17-968-JCC-JPD

10         v.                                            ORDER

11   STUART ANDREWS M.D., et al.,

12                              Defendants.

13

14         This is a 42 U.S.C. § 1983 prisoner civil rights action.  The Court recently appointed

15   counsel for plaintiff, and counsel has appeared.  The Court thus finds and ORDERS:

16         (1)    This matter is assigned to the Honorable John C. Coughenour and referred to the

17   undersigned Magistrate Judge under 28 U.S.C. § 636(b)(1).  Upon the written consent of the

18   parties, the undersigned Magistrate Judge may conduct all proceedings, including any trial and

19   entry of final judgment, with direct review by the Ninth Circuit Court of Appeals.  28 U.S.C.

20   § 636(c).  Consent to a magistrate judge is voluntary.

21         **Within 14 days** of the date this Order is signed, the parties shall file a joint stipulation

22   informing the Court whether or not they agree to consent to the assignment of this case to the

23

ORDER - 1

1   undersigned Magistrate Judge.  If both parties do not wish to consent, they should not disclose

2   their individual positions to the Court.

3        (2)     **Within 30 days** of the date this Order is signed, plaintiff may file a second

4   amended complaint.  If plaintiff does not intend to amend, he should inform the Court as soon as

5   possible and, in any event, no later than the deadline for amending.

6        (3)     The Clerk is directed to send copies of this order to the parties and to the

7   Honorable John C. Coughenour.

8        Dated this <u>9th</u> day of November, 2017.

9

10                      _James P. Donohue_

11                      JAMES P. DONOHUE
                         Chief United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2