UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>             Plaintiff,<br><br>    v.<br><br>STUART ANDREWS M.D., et al.,<br><br>            Defendants. | Case No. C17-968-JCC-JPD<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. James P. Donohue, Chief United States Magistrate Judge:

Plaintiff filed a *pro se* Motion for Leave to Respond to Interrogatories, Dkt. 49, before he received notice that the Court appointed counsel to represent him, Dkt. 43. Given that he is now represented by counsel, the *pro se* motion, Dkt. 49, is STRICKEN.

Dated this 16th day of November, 2017.

                                       William M. McCool
                                       Clerk of Court

                                       By: s/ Tomas Hernandez
                                            Deputy Clerk

MINUTE ORDER - 1