UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>                Plaintiff,<br><br>    v.<br><br>STUART ANDREWS M.D., et al.,<br><br>                Defendants. | Case No. C17-968-JCC-JPD<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION AMENDING PRETRIAL SCHEDULE |

This is a 42 U.S.C. § 1983 prisoner civil rights action. The parties have filed a stipulated motion to extend the discovery and dispositive motions deadlines. Dkt. 77. Finding good cause, the Court GRANTS the parties' stipulated motion, Dkt. 77, and ORDERS the parties to complete discovery by **February 28, 2019**, and file dispositive motions by **April 18, 2019**. The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 24th day of October, 2018.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge