UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN JAMES DOWNEY,<br><br>                Plaintiff,<br><br>   v.<br><br>STUART ANDREWS M.D., et al.,<br><br>                Defendants. | Case No. C17-968-JCC-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO FILE THIRD AMENDED COMPLAINT |

Currently before the Court is the parties' stipulated motion for plaintiff to file a third amended complaint. The stipulated motion, Dkt. 80, is GRANTED. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff shall file his third amended complaint **within seven days** of the date of this Order. The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 4th day of January, 2019.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO FILE THIRD AMENDED
COMPLAINT - 1