UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DYLAN JAMES DOWNEY,

                Plaintiff,

   v.

STUART ANDREWS M.D., et al.,

                Defendants.

Case No. C17-968-JCC-JPD

ORDER GRANTING PARTIES'
STIPULATED MOTION TO AMEND
PRETRIAL SCHEDULE

This is a 42 U.S.C. § 1983 prisoner civil rights action. Through their counsel of record, the parties have filed a stipulated motion and proposed order amending the pretrial schedule. The Court GRANTS the parties' stipulated motion, Dkt. 83, and ORDERS:

| Event | Deadline |
| --- | --- |
| Deadline to disclose experts and expert reports | 4/12/19 |
| Discovery deadline | 4/30/19 |
| Dispositive motions deadline | 5/31/19 |

\\

\\

ORDER GRANTING PARTIES'
STIPULATED MOTION TO AMEND
PRETRIAL SCHEDULE - 1

1   The Clerk is directed to send copies of this order to the parties and to the Honorable John
2   C. Coughenour.
3   Dated this 24th day of January, 2019.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PARTIES'
STIPULATED MOTION TO AMEND
PRETRIAL SCHEDULE - 2