UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DYLAN JAMES DOWNEY,

                    Plaintiff,

        v.

STUART ANDREWS M.D., et al.,

                    Defendants.

Case No. C17-968-JCC-MLP

ORDER DIRECTING PARTIES TO
FILE JOINT STATUS REPORT

        This is a 42 U.S.C. § 1983 prisoner civil rights action. Discovery closed on April 30, 2019, and neither side filed a dispositive motion by the May 31, 2019 deadline. (Dkt. # 84.) Accordingly, the parties are ORDERED to file a joint status report **within 14 days** that addresses whether there are any outstanding matters to be resolved by the undersigned before the referral is terminated and a trial is scheduled before the Honorable John C. Coughenour.

        The Clerk is directed to send copies of this order to the parties and to Judge Coughenour.

        Dated this 5th day of June, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge